# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GRACE CHRISTIAN FELLOWSHIP,

    Plaintiff,

    v.        Case No. 7-C-348

KJG INVESTMENTS, INC.,
COLONY INSURANCE COMPANY,
and PSK INVESTMENTS LLC,

    Defendants.

## COURT MINUTES OF STATUS CONFERENCE

**HONORABLE PATRICIA J. GORENCE PRESIDING**

DATE: 1/30/2013 at 1:30 p.m.      DEPUTY CLERK: MSC

TIME COMMENCED: 1:32:59      TIME CONCLUDED: 1:50:45

TAPE/FOOTAGE: FTR Gold      COURT REPORTER:

APPEARANCES:

    PLAINTIFF - Donald P. Gallo and David G. Peterson

    DEFENDANT - Thomas Cabush for KJG Investments and PSK Investments
        Monte Weiss for Colony Insurance Company

NOTES:

Court discusses with parties the defendants' motion for extension of time to file motion for partial summary judgment . (Docket #302).
Counsel for defendants states their reasons for filing the motion.
Counsel for plaintiffs state their objections to the motion.
Counsel for plaintiffs want the case to proceed to trial.
Court orally denies motion for extension of time. (Docket #302).
Parties are to file with the court their proposed findings of fact with regards to the RCRA claim by 2/14/2013.