

Reinhart Boerner Van Deuren s.c.
P.O. Box 2265
Waukesha, WI 53187-2265

N16 W23250 Stone Ridge Drive
Suite 1
Waukesha, WI 53188

Telephone: 262-951-4500
Facsimile: 262-951-4690
reinhartlaw.com

January 29, 2014

David G. Peterson
Direct Dial: 262-951-4527
dgpeterson@reinhartlaw.com

SENT VIA ECF

The Honorable Judge Patricia J. Gorence
U.S. Magistrate Judge
517 East Wisconsin Avenue
Milwaukee, WI 53202-4500

Dear Judge Gorence:   Re:   Grace Christian Fellowship v. KJG Investments, Inc., et al
Case No. 07-C-0348

    The parties in this matter have continued to exchange drafts of the settlement agreement. Progress is being made, and we are still on track for a resolution that will result in a complete dismissal of the case. However, we again request a short extension of time to finalize the settlement papers and submit them to the Court.

    We would appreciate the Court granting until February 21, 2014 for the parties to submit settlement papers to the Court. If the Court has any concerns or questions regarding the parties' progress or the need for this further extension, please let me know. Thank you for your consideration and patience.

Yours very truly,

*/s/ David G. Peterson*

David G. Peterson

11565734