

Reinhart Boerner Van Deuren s.c.
P.O. Box 2265
Waukesha, WI 53187-2265

N16 W23250 Stone Ridge Drive
Suite 1
Waukesha, WI 53188

Telephone: 262-951-4500
Facsimile: 262-951-4690
reinhartlaw.com

February 20, 2014

David G. Peterson
Direct Dial: 262-951-4527
dgpeterson@reinhartlaw.com

SENT VIA ECF

The Honorable Judge Patricia J. Gorence
U.S. Magistrate Judge
517 East Wisconsin Avenue
Milwaukee, WI 53202-4500

Dear Judge Gorence:                    Re:   Grace Christian Fellowship v. KJG
                                             Investments, Inc., et al
                                             Case No. 07-C-0348

    The parties in the above referenced matter have continued to exchange drafts of the settlement agreement and related documents. We are now getting very, very close. In fact, I do not want to jinx anything, but I believe we may have documents that are finally ready for signature. However, due to travel schedules, we may not be able to have these documents executed until the first week of March. In order to provide a cushion in the event that a further round of revisions is necessary, the plaintiff respectfully requests that the court again grant an extension of time to submit the final settlement documents. If we could please have until March 21, 2014, that should provide enough cushion to finally get this wrapped up.

    Thank you for your continued patience. If the court would like to discuss this matter with the parties, please do not hesitate to let us know. Thank you for your consideration.

Yours very truly,

/s/ *David G. Peterson*

David G. Peterson,

12259469

The Honorable Judge Patricia J. Gorence
February 20, 2014
Page 2

cc    Mr. Thomas A. Cabush, Esq.
       Monte Weiss, Esq.
       Pastor Frank Susler
       Donald P. Gallo, Esq.