

Writer's Direct Line: (414) 577-4027
E-Mail: tcabush@kasdorf.com
www.kasdorf.com

March 17, 2014

Honorable Patricia J. Gorence
United States Magistrate Judge
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:    Grace Christian Fellowship v. KJG Investments, Inc., et al.
            Case No.:    07-CV-00348
            Our File No.: 221877

Dear Judge Gorence:

      The parties in the above-referenced matter have continued to work together to finalize a settlement agreement and related documents. Unfortunately, due to my travel schedule, I have been unable to meet with my client to go over the latest version of the settlement documents. I will not be able to meet with my client until March 26, 2014, at the earliest. I have informed Attorney David Peterson of the same, and he is in agreement with me writing this letter to request a further extension of the time for the parties to submit the final settlement documents to the Court. I would appreciate it if the Court could grant us an extension until April 25, 2014, to file the final settlement documents with the Court.

      If the Court would like to discuss this matter with the parties, please do not hesitate to let us know. Thank you for your continued consideration.

                              Yours very truly,

                              /s/ Thomas A. Cabush

                              Thomas A. Cabush

TAC/ksb
cc:    David G. Peterson, Esq.
       Monte E. Weiss, Esq.
       Donald P. Gallo, Esq.
       Charles W. Kramer, Esq.